JS-6

JOSEPH T. MCNALLY
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
MARY TSAI, CSBN 216963
Special Assistant United States Attorney
    Social Security Administration
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: (510) 970-4864
    Email:  mary.tsai@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| DANNY M. FRANCO,<br><br>    Plaintiff,<br><br>    v.<br><br>LELAND DUDEK,[1]<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 5:24-cv-02273-DTB<br><br>**[PROPOSED] JUDGMENT OF REMAND** |

---

[1] Leland Dudek became the Acting Commissioner of Social Security on February 16, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Leland Dudek should be substituted for Michelle King as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

-2-

1
2  The Court having approved the parties' Stipulation to Voluntary Remand
3  Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment
4  ("Stipulation to Remand") lodged concurrent with the lodging of the within
5  Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND**
6  **DECREED** that the above-captioned action is remanded to the Commissioner of
7  Social Security for further proceedings consistent with the Stipulation to Remand.
8
9  DATED: February 25, 2025          _____
10                                   HON. DAVID T. BRISTOW
                                     UNITED STATES MAGISTRATE JUDGE
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28