Troy D. Monge, Esq.
Law Offices of Troy D. Monge, APC
2300 E. Katella Ave, Suite 325
ANAHEIM, CALIFORNIA 92806
TELEPHONE (714) 385-8100
FACSIMILE (714) 385-8123
troymonge@hotmail.com

Attorney Bar #217035
Attorneys for Danny Franco

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY FRANCO, | ) No. 5:24-cv-02273-DTB |
| | ) |
| Plaintiff, | ) **[PROPOSED] ORDER AWARDING** |
| | ) **EQUAL ACCESS TO JUSTICE** |
| v. | ) **ACT ATTORNEY FEES AND** |
| | ) **COSTS** |
| LELAND DUDEK[1], Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

    Based upon the parties' Stipulation for Award and Payment of Attorney Fees:

    IT IS ORDERED that the Commissioner shall pay attorney fees and expenses under the Equal Access To Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of THREE THOUSAND FIVE HUNDRED DOLLARS and NO CENTS ($3,500.00), and costs under 28 U.S.C. § 1920, in the amount of ZERO

---

[1] Leland Dudek became the Acting Commissioner of Social Security on February 16, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Leland Dudek should be substituted for Michelle King as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1 | DOLLARS AND NO CENTS ($0.00), subject to the terms of the above-referenced
2 | Stipulation.

Dated: March 21, 2025

*[signature]*

THE HONORABLE DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE